UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CALVIN RAY HYDER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-291 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING AMENDED MEMORANDUM AND RECOMMENDATION TO DENY PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR SUMMARY JUDGMENT

On September 4, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion for a temporary restraining order (D.E. 15) and his motion for summary judgment (D.E. 17) be denied. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that petitioner's motion for a temporary restraining order and motion for summary judgment are denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 27th day of September, 2007.

_____
Janis Graham Jack
United States District Judge